# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| GERARDO D. CASTRO,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner Social Security,<br><br>    Defendant(s). | No. CV 08-3499-DOC (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. The Court agrees with the recommendation of the magistrate judge.

    IT IS ORDERED that Judgment be entered remanding this matter to the Commissioner for further proceedings at Step Five of the sequential analysis.

DATED: 07/22/09

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE