UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERARDO D. CASTRO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. CV 08-3499-DOC (AGR)<br><br>**JUDGMENT** |

　　　　IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: 07/22/09, 2009

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE