GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUSAN L. SMITH
Special Assistant United States Attorney
California Bar No. 253808
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8973
    Facsimile:  (415) 744-0134
    E-Mail: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERARDO CASTRO,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Of Social Security,<br><br>    Defendant. | No.  CV 08-3499 DOC(AGR)<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of SIX THOUSAND, TWO HUNDRED AND FIFTY DOLLARS and 00/cents ($6,250.00)

//

//

1  as authorized by 28 .S.C. §2412(d), subject to the terms of the above-referenced
2  Stipulation.
3       DATED: October 26, 2009        _____*David O. Carter*_____
4                                      HON. DAVID O. CARTER
5                                      UNITED STATES DISTRICT JUDGE

-2-